# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134591
134592

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VIRGINIA HARRIS,
        Plaintiff-Appellee,

v

BOTSFORD CONTINUING CARE
CORPORATION, d/b/a BOTSFORD
CONTINUING HEALTH CENTER,
        Defendant/Third-Party-
        Plaintiff-Appellant,

and

STARMED HEALTH PERSONNEL,
INC., d/b/a STARMED STAFFING
GROUP, and KATHLEEN HOLMES,
LPN,
        Third-Party Defendants.

SC: 134591, 134592
COA: 267997, 269452
Oakland CC: 2003-051743-NH

_____/

On order of the Court, the application for leave to appeal the June 26, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk